Appellant.— Determination affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

KEYSTONE HARDWARE CORPORATION, Respondent, v. PATRICK TAGUE, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALBEON REALTY Co., INC., Respondent, v. BERNARD WAGNER and Another, Appellants.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LORTEX COMPANY, Respondent, v. RAPHAEL NADLER and Another, Appellants, Impleaded, etc.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRIEDA BENDER, Respondent, v. ARCHIBALD NISIN, Appellant, Impleaded, etc.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MILTON MENSCH and Another, Respondents, v. 140 WEST 23RD STREET REALTY CORPORATION, Appellant, Impleaded, etc.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application for Letters of Guardianship of the Person and Estate of WILLIAM C. SCHWENK, an Infant.— Decree affirmed, with costs. No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW HOWARD, Appellant.— Judgment affirmed.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of C. EDWARD BENOIT, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee.   Settle order on notice.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH POSGAY v. WESTINGHOUSE, CHURCH, KERR & Co., INC.— Motion denied.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

M. I. CONSTRUCTION Co., INC., v. ALEXANDER NEULICHT and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed on or before December 15, 1926.   Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

NELLIE BABBICH, as Administratrix, etc., of ANTHONY BABBICH, Deceased, v. ROYAL MAIL STEAM PACKET COMPANY, Defendant, Impleaded with STEAMSHIP TERMINAL OPERATING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before December 10, 1926.   Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB LONDAU v. WARDEN, CITY PRISON.— Motion denied and stay vacated.   Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ROSE ZEISLER v. SAMUEL FEINSTEIN.— Appeal dismissed, with ten dollars costs and disbursements.   Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ROSE ZEISLER v. SAMUEL FEINSTEIN.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

EMANUEL M. KRULEWITCH v. STUYVESANT ESTATES, INC.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.